HELEN MOWERY v. M. W. MOWERY.

(Filed 28 April, 1915.)

**Appeal and Error—Objections and Exceptions—Evidence—Judgments.**

When on appeal from judgment allowing alimony *pendente lite* in an action for divorce *a mensa*, etc., the judgment alone is excepted to, it will not raise the question of the sufficiency of supporting affidavits or the findings thereon, it being required that appellant assign error by pointing out the particular finding he claims is not supported by the evidence.

APPEAL by defendant from order of *Rountree, J.*, made 6 March, 1915; from ANSON.

Civil action for divorce *a mensa et thoro,* heard on motion of the plaintiff for alimony *pendente lite.* From the order and judgment rendered the defendant appealed.

*Robinson, Caudle & Pruette for plaintiff.*
*H. H. McLendon, John W. Gulledge for defendant.*

PER CURIAM. The only assignment of error set out in the record is in these words: "The defendant assigned as error the judgment rendered herein." It is contended by the defendant that the affidavits and evidence offered upon the motion for alimony are insufficient to support the findings of fact made by the judge.

No such assignment of error is set out in the record. If the appellant desired to present such a contention, he should have assigned his error by pointing out the particular finding of fact which is not supported by the evidence.

Nevertheless, we have examined the affidavits, and find that his Honor's findings were fully sustained, and they warrant the order allowing alimony to the plaintiff *pendente lite.*

Affirmed.